IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HELEN KNEE, et al.,** | : | **CIVIL ACTION NO. 4:98-CV-0527** |
| **Plaintiffs** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **WILLIAM J. HENDERSON,** | : | |
| **Postmaster General, United States** | : | |
| **Postal Service, in His Official** | : | |
| **Capacity,** | : | |
| **Defendant** | : | |

**O R D E R**

AND NOW, this 6th day of December, 2004, upon consideration of plaintiff's motion for an award of attorney fees and expenses and for an order of distribution, and defendant's concurrence therewith, and in accordance with this Court's Final Order and Judgment of Dismissal dated April 27, 2001, it is hereby ORDERED as follows:

1. The firm of Eckert Seamans Cherin & Mellott, LLC ("Eckert Seamans") is hereby awarded reasonable expenses in the amount of $6,520.00 and, as reasonable fees for their services and expenses incurred in securing this Court's approval of the Settlement and in making distribution thereunder, the balance of the interest, not to exceed $18,000, earned on the Class Payment while held in escrow up to the date on which this Order becomes final.

2. Within twenty (20) days after this Order becomes final, plaintiffs' attorneys shall disburse to the Postal Service the sum of $18,000, which is the amount of the Class Payment which was not claimed by members of the plaintiff class.

3. The Clerk of Court is, once again, directed to close this file.

          S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge